ACCEPTED
03-15-00439-CR
6553028
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/18/2015 7:33:16 PM
JEFFREY D. KYLE
CLERK

**Gregory Sherwood**
Attorney
P.O. Box 200613
Austin, Texas 78720-0613
(512) 484-9029

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/18/2015 7:33:16 PM
JEFFREY D. KYLE
Clerk

Board Certified
Criminal Appellate Law (2011)
Civil Appellate Law (2012)
Texas Board of Legal Specialization

August 19, 2015

Hon. Jeffrey D. Kyle
Clerk, Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547                                    *by e-filing*

Re:    No. D-1-DC-14-301500; *The State of Texas v. John Gabriel Esquivel*; in the
       299th District Court of Travis County, Texas; Appeal No. 03-15-00439-CR;
       in the Third Court of Appeals at Austin, Texas

Dear Mr. Kyle:

        I received the court's August 18, 2015 letter stating that a supplemental
clerk's record was filed and the docketing statement was past due, with the letter
being addressed only to myself and the District Attorney. However, I am not Mr.
Esquivel's appointed attorney on appeal anymore, as either he or his family hired
Amber Vasquez Bode to be his attorney, which I learned on July 24, 2015 when I
received an email from her office stating that, and asking me to sign the attached
Motion to Substitute Counsel. I informed Ms. Bode's office that this motion,
which is addressed to the trial court, should probably be filed with the Third Court
as well. I do not know if that happened, because I do not know if this motion was
signed by the trial court, or included in the record.

        Once Ms. Bode informed me that she had been hired, I stopped all work on
this case, which is why I have not filed a docketing statement, nor do I plan on
filing one since Ms. Bode is his attorney now. I have also submitted my voucher
to Travis County and I have been paid a small amount by the county for the work I
did before Ms. Bode was hired, which does not include the time I am taking to
draft and e-file this letter and mail it to Mr. Esquivel.

---

**The First Attorney to be Certified in Both Criminal Appellate Law
and Civil Appellate Law by the Texas Board of Legal Specialization**

I am concerned that the court's August 18, 2015 letter was not addressed to Amber Vasquez Bode, the retained attorney for appellant in this case, since she is his attorney now, not me. If the court believes that I am still the attorney of record in this case, then perhaps this case be remanded to the trial court so that a hearing can be held to determine whether Ms. Bode is actually the retained attorney for Mr. Esquivel in this appeal, and so that appropriate orders can be entered substituting counsel, if this has not already been done.

Very truly yours,

/s/ *Gregory Sherwood*

Gregory Sherwood

encl.

cc:     District Attorney's office (by email AppellateTCDA@travis.co.tx.us)
        client (by first class email)
        Amber Vasquez Bode (by email amberv@lawyer.com)

CAUSE NO. D-1-DC-14-301500

| | |
|---|---|
| STATE OF TEXAS | ) 299th |
| | ) |
| | ) DISTRICT COURT |
| vs. | ) |
| | ) |
| | ) TRAVIS COUNTY, TEXAS |
| JOHN ESQUIVEL | ) |
| Defendant | ) |

## AGREED MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES JOHN ESQUIVEL, Defendant in the above styled causes, and would show the Court as follows:

The Defendant wishes to substitute counsel. Gregory Sherwood currently represents Defendant as Attorney of Record. Defendant wishes to substitute the following counsel, Amber Vazquez Bode. Undersigned counsel has contacted Gregory Sherwood and he has no objection to this motion, as evidenced by his signature below.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court allow the Substitution of Counsel, and Amber Vazquez Bode be the attorney of record, as set forth herein.

Dated: July 24, 2015

Respectfully submitted,

Agreed: _____
Gregory Sherwood
State Bar No.: 18254600
P.O. Box 200613
Austin, Texas 78720-0613
email: gsherwood@mail.com

Amber Vazquez Bode
Vazquez Law Firm
1004 West Ave.
Austin, Texas 78701
512-220-8507 office
512-480-0760 facsimile
Texas Bar Number 24039225

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Motion to Substitute Counsel has, on this 24th day of July 2015, been sent to:

Gregory Sherwood
GSherwood@mail.com